PEOPLE ex rel. WEISZ, Appellant, v. MILLARD DIVISION, NO. 104, ORDER OF RAILWAY CONDUCTORS OF AMERICA, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Proceeding by the people of the state of New York, on the relation of Charles E. Weisz, against Millard Division, No. 104, Order of Railway Conductors of America. No opinion. Default opened, and case set down for, argument on Monday, May 26, 1902.

PEOPLE ex rel. WEST et al., Appellants, v. CITY OF SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Proceeding by the people of the state of New York, or the relation of Eugene West and others, against the city of Syracuse. No opinion. Judgment affirmed, with costs.

PERRY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Action by William Perry against the Metropolitan Street Railway Company. No opinion. Motion denied.

PETERS, Appellant, v. MEYER et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Anna Maria Peters against Alfred Meyer and others. No opinion. Judgment affirmed, with costs, on the opinion of Russell, J., at special term. 73 N. Y. Supp. 936.

In re PITT ST. (Supreme Court, Appellate Division, First Department. May 23, 1902.) In the matter of Pitt street. No opinion. Motion granted.

In re PIZEY. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) In the matter of the application of Alfred Pizey for admission to the bar. No opinion. Application granted.

In re PLASS. PLASS, Appellant, v. SHEEKY, Respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) In the matter of the petition of Norman Plass for an order, etc. Action by Norman Plass against Richard Sheeky. No opinion. Order affirmed, without costs. See opinion in Plass v. Clark (Sup.) 76 N. Y. Supp. 2.

PLOSS, Respondent, v. JOHN HANCOCK MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Augusta Ploss against the John Hancock Mutual Life Insurance Company.

PER CURIAM. Judgment of the municipal court affirmed, with costs.

WOODWARD and JENKS, JJ., dissent.

In re POUGHKEEPSIE TRUST CO. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) In the matter of the application of the Poughkeepsie Trust Company to be designated as a depository, etc. No opinion. Hon. Samuel K. Phillips appointed referee.

POWELL, Respondent, v. WHITNEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Mary E. Powell against Oliver B. Whitney and Nathaniel H. Dubois, doing business under the name of the Whitney Basket Company. No opinion. Order affirmed, with $10 costs and disbursements.

QUINN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Ann Quinn against the Metropolitan Street Railway Company. T. H. Lord, for appellant. F. Herwig, for respondent. No opinion. Judgment and order affirmed, with costs.

REARDON, Respondent, v. LEIGH, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Joseph Reardon against B. W. Leigh. No opinion. Judgment affirmed, with costs.

REISS, Appellant, v. TOWN OF PELHAM, Respondent. WEBER, Appellant, v. SAME, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1902.) Actions by August Reiss and Charles Weber against the town of Pelham.

PER CURIAM. Motions for reargument denied. The whole question in controversy can be presented on the consideration of the appeals from the judgments, which have been ordered on the calendar for disposition at this term.

REISS, Appellant, v. TOWN OF PELHAM, Respondent. WEBER, Appellant, v. SAME, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Actions by August Reiss and by Charles Weber against the Town of Pelham.

PER CURIAM. Judgments and orders denying motion for a new trial unanimously affirmed, without costs, on the authority of Reiss v. Town of Pelham and Weber v. Same, 53 App. Div. 459, 65 N. Y. Supp. 1033. Leave to appeal to the court of appeals granted. Order to be settled before Mr. Justice HIRSCHBERG, and question to be certified then determined. See 62 N. Y. Supp. 607.

REVOIR, Appellant, v. LEONARD, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.)